KARL O. RILEY, ESQ.
Nevada Bar No. 12077
kriley@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200; Facsimile (702) 784-5252

JAMES B. BALDINGER, ESQ. (Admitted *Pro Hac Vice*)
Florida Bar No. 869899
jbaldinger@carltonfields.com
STACEY K. SUTTON, ESQ. (Admitted *Pro Hac Vice*)
Florida Bar No. 289530
ssutton@carltonfields.com
ALANA ZORRILLA-GASTON, ESQ. (Admitted *Pro Hac Vice*)
Florida Bar No. 27256
agaston@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Phone: (561) 659-7070; Facsimile: (561) 659-7368

*Attorneys for Plaintiff MetroPCS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| METROPCS, a brand of T-MOBILE USA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>A2Z CONNECTION, LLC, a Nevada limited liability corporation; A2Z LLC, a Nevada limited liability corporation; AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI, a/k/a AZIM QURESHI a/k/a AZIM DeDREAM, and SEHER QURESHI,<br><br>Defendants. | CASE NO. 2:15-cv-01412-JAD-(CWH)<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR ITS MEMORANDUM OF LAW IN SUPPORT OF ITS AMENDED MOTION FOR FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

109531886.1

This matter having come before this Court on Plaintiff's Motion for Leave to Exceed Page Limits for its Memorandum of Law in Support of its Amended Motion for Final Judgment and Permanent Injunction against Defendants ("Motion"), and the Court having reviewed the record and Plaintiff's Motion, it is hereby

**ORDERED and ADJUDGED** that:

1. Plaintiff's Motion is GRANTED in its entirety.
2. Plaintiff shall file its Amended Motion for Final Judgment and Permanent Injunction within ten days from entry of this Order.

Dated: November 2, 2016.

_____
THE HONORABLE JENNIFER DORSEY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record via CM/ECF