Karl O. Riley
Nevada Bar No. 12077
kriley@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702)784-5252

James B. Baldinger
Admitted *Pro Hac Vice*
Florida Bar No. 869899
CARLTON FIELDS JORDEN BURT, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone (561) 659-7070
Facsimile (561) 659-7368
*Attorneys for Plaintiff MetroPCS*
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| METROPCS, a brand of T-MOBILE USA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>A2Z CONNECTION, LLC, a Nevada limited liability corporation; A2Z LLC, a Nevada limited liability corporation; AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI, a/k/a AZIM QURESHI a/k/a AZIM DeDREAM, and SEHER QURESHI,<br><br>Defendants. | CASE NO. 2:15-cv-01412-JAD-CWH<br><br>[ECF No. 79] |

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME**

**TO RESPOND TO DEFENDANT AMEIR QURESHI'S MOTION TO DISMISS**

115615970.1

Plaintiff MetroPCS, a brand of T-Mobile USA, Inc. and Defendant Ameir Qureshi (together, the "Parties"), by and through undersigned counsel, and pursuant to Local Rule IA 6-1 and 6-2, hereby jointly stipulate to a fourteen (14) day extension of time for Plaintiff to respond to Qureshi's August 20, 2018 motion to dismiss [DE 78], and state as follows:

1. On August 20, 2018, Qureshi filed a motion to dismiss Plaintiff's Complaint for Damages and Injunctive Relief for lack of personal jurisdiction. [DE 78].

2. Pursuant to Local Rule 7.2(b), Plaintiff's deadline to file a response to the motion to dismiss is September 4, 2018.[1]

3. The parties have conferred and agree to allow Plaintiff an additional fourteen (14) days to respond to the motion to dismiss in order for Plaintiff to properly address and oppose the facts and legal arguments set forth in the motion.

4. The new deadline for Plaintiff to respond to the motion to dismiss would be September 18, 2018.

5. This is the first stipulation for an extension of time to respond to the motion to dismiss. This extension is sought in good faith and not for purposes of delay, and no deadlines will be affected by this extension.

**[INTENTIONALLY LEFT BLANK]**

---

[1] September 3, 2018 is a Federal Holiday.

2

115615970.1

WHEREFORE, the Parties respectfully request that the Court enter this order extending Plaintiff's deadline to respond to the motion to dismiss to September 18, 2018 and provide such other relief as is just and proper.

Respectfully submitted this 30th day of August, 2018.

| | |
|---|---|
| By: */s/ Amanda R. Jesteadt* <br> Karl O. Riley <br> Nevada Bar No. 12077 <br> Email: kriley@swlaw.com <br> **SNELL & WILMER L.L.P.** <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone (702) 784-5200 <br> Facsimile (702)784-5252 <br><br> James B. Baldinger (*Admitted pro hac vice*) <br> Florida Bar No. 869899 <br> Email: jbaldinger@carltonfields.com <br> Stacey K. Sutton (*Admitted pro hac vice*) <br> Florida Bar No. 289530 <br> Email: ssutton@carltonfields.com <br> Amanda R. Jesteadt (*Admitted pro hac vice*) <br> Florida Bar No. 73149 <br> **CARLTON FIELDS JORDEN BURT, P.A.** <br> 525 Okeechobee Boulevard, Suite 1200 <br> West Palm Beach, Florida 33401 <br> Telephone (561) 659-7070 <br> Facsimile (561) 659-7368 <br> Fax: (561) 659-7368 <br> *Attorneys for MetroPCS* | By: */s/ Adam J. Breeden* <br> Adam J. Breeden (*e-signature authorized*) <br> Nevada Bar No. 008768 <br> Email: adam@breedenandassociates.com <br> **BREEDEN & ASSOCIATES, PLLC** <br> 7432 W. Sahara Ave., Suite 101 <br> Las Vegas, NV 89117 <br> Telephone (702) 508-9250 <br> Facsimile (702) 508-9365 <br> *Attorney for Defendants* |

**IT IS SO ORDERED**:

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: September 4, 2018

3

115615970.1