1  Richard C. Gordon
   Nevada Bar No. 9036
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV  89169
   Telephone (702) 784-5200
4  Facsimile (702)784-5252

5  James B. Baldinger
   Admitted *Pro Hac Vice*
6  Florida Bar No. 869899
7  CARLTON FIELDS JORDEN BURT, P.A.
   525 Okeechobee Boulevard, Suite 1200
8  West Palm Beach, Florida 33401
   Telephone (561) 659-7070
9  Facsimile (561) 659-7368
   *Attorneys for Plaintiff MetroPCS*
10 [Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

METROPCS, a brand of T-MOBILE USA, INC., a Delaware Corporation,

        Plaintiff,

vs.

A2Z CONNECTION, LLC, a Nevada limited liability corporation; A2Z LLC, a Nevada limited liability corporation; AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI, a/k/a AZIM QURESHI a/k/a AZIM DeDREAM, and SEHER QURESHI,

        Defendants.

CASE NO. 2:15-cv-01412-JAD-CWH

## STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES

115728204.1

Plaintiff MetroPCS, a brand of T-Mobile USA, Inc. and Defendants Asim Qureshi and Seher Qureshi (together, the "Parties"), by and through undersigned counsel, and pursuant to Local Rule IA 6-1 and 6-2, hereby jointly stipulate to a four (4) day extension of time for Plaintiff to file a motion to strike any affirmative defenses of Asim and Seher Qureshi [DE 76], and state as follows:

1. On August 20, 2018, Asim Qureshi and Seher Qureshi filed their Answer and Affirmative Defenses to Plaintiff's Complaint for Damages and Injunctive Relief. [DE 76].

2. Pursuant to Federal Rule of Civil Procedure 12(f)(2), Plaintiff's deadline to file a motion to strike is September 10, 2018.

3. The parties have conferred and agree to allow Plaintiff an additional four (4) days to file a motion to strike.

4. The new deadline for Plaintiff to file a motion to strike would be September 14, 2018.

5. This is the first stipulation for an extension of time to file a motion to strike.

6. This extension is sought in good faith and not for purposes of delay, and no other deadlines will be affected by this extension.

**[INTENTIONALLY LEFT BLANK]**

115728204.1

WHEREFORE, the Parties respectfully request that the Court enter this order extending Plaintiff's deadline to file a Motion to Strike to September 14, 2018 and provide such other relief as is just and proper.

Respectfully submitted this 10th day of September, 2018.

| | |
|---|---|
| By: */s/ Amanda R. Jesteadt* <br> Richard C. Gordon <br> Nevada Bar No. 9036 <br> Evan G. Hall <br> Nevada Bar No. 14533 <br> **SNELL & WILMER L.L.P.** <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone (702) 784-5200 <br> Facsimile (702)784-5252 <br> Email: rgordon@swlaw.com <br>     eghall@swlaw.com | By: */s/ Adam J. Breeden* <br> Adam J. Breeden (*e-signature authorized*) <br> Nevada Bar No. 008768 <br> Email: adam@breedenandassociates.com <br> **BREEDEN & ASSOCIATES, PLLC** <br> **7432 W. Sahara Ave., Suite 101** <br> Las Vegas, NV 89117 <br> Telephone (702) 508-9250 <br> Facsimile (702) 508-9365 <br> Email: adam@breedenandassociates.com <br> *Attorney for Defendants* |

James B. Baldinger (*Admitted pro hac vice*)
Florida Bar No. 869899
Email: jbaldinger@carltonfields.com
Stacey K. Sutton (*Admitted pro hac vice*)
Florida Bar No. 289530
Email: ssutton@carltonfields.com
Amanda R. Jesteadt (*Admitted pro hac vice*)
Florida Bar No. 73149
**CARLTON FIELDS JORDEN BURT, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone (561) 659-7070
Facsimile (561) 659-7368
Fax: (561) 659-7368
Email: jbaldinger@carltonfields.com
    ssutton@carltonfields.com
    ajesteadt@carltonfields.com
*Attorneys for MetroPCS*

IT IS SO ORDERED.

DATED: September 11, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3

115728204.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading.

Dated: September 10, 2018

         */s/ Amanda R. Jesteadt*

         Amanda R. Jesteadt

115728204.1