**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 8768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Rd., Suite 120
Las Vegas, NV 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
adam@breedenandassociates.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

METROPCS, a brand of T-MOBILE USA, INC., a Delaware Corporation,

      Plaintiff,

vs.

A2Z CONNECTION, LLC, a Nevada limited liability corporation; A2Z LLC, a Nevada limited liability corporation; AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI, a/k/a AZIM QURESHI, a/k/a AZIM DeDREAM; and SEHER QURESHI,

      Defendants.

CASE NO.  2:15-cv-01412-JAD-(CWH)

## <u>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS</u>

Plaintiff, METROPCS, and Defendants, AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI, a/k/a AZIM QURESHI, a/k/a AZIM DeDREAM; and SEHER QURESHI (hereinafter collectively referred to as the "Parties"), by and through their undersigned counsel, and pursuant to Local Rule IA 6-1 and 6-2, hereby jointly stipulate to an extension up to and including October 12, 2018 for Defendants to file their Opposition to Plaintiffs' Motion to Strike [ECF No. 83] and Defendants Reply in Support of Motion to Dismiss [ECF No. 78] and states as follows:

1.　　　On August 20, 2018, Defendant, AMIER QURESHI, filed his Motion to Dismiss [ECF No. 78].

2.　　　Plaintiffs filed their Response in Opposition to Amier's Motion to Dismiss [ECF No. 84] on September 18, 2018 with Defendants Reply in Support due September 25, 2018.

3.　　　On September 14, 2018, Plaintiffs filed their Motion to Strike Answer to Complaint [ECF No. 83].

4.　　　Defendants, ALEX QURESHI and SEHER QURESHI's, deadline to file their Opposition is September 28, 2018.

5.　　　The Parties have conferred and agree to allow Defendants up to and including October 12, 2018 to file both their Opposition to Plaintiff's Motion to Strike and their Reply in Support of Amier Qureshi's Motion to Dismiss.

6.　　　This is the first stipulation for an extension of time to file said documents.

7.　　　This extension is requested due to Defendants counsel being out of state for the week of September 24th and the preparation of a major personal injury matter set for trial in the Eighth Judicial District Court beginning October 22nd.

8.　　　This extension is sought in good faith and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**WHEREFORE**, the Parties respectfully request that the Court enter this order extending Defendant's deadline to file their Reply in Support of Amier Qureshi's Motion to Dismiss and Opposition to Plaintiffs' Motion to Strike to October 12, 2018 and provide such other relief as is just and proper.

Respectfully submitted this 26th day of September, 2018.

| | |
|---|---|
| **SNELL & WILMER, LLP** | **BREEDEN & ASSOCIATES, PLLC** |
| */s/ Amanda R. Jesteadt* | */s/ Adam J. Breeden* |
| **AMANDA R. JESTEADT, ESQ.** | **ADAM J. BREEDEN, ESQ.** |
| Nevada Bar No. 9036 | Nevada Bar No. 8768 |
| 3883 Howard Hughes Parkway, Suite 1100 | 376 E. Warm Springs Road, Suite 120 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89119 |
| Phone: (702) 784-5200 | Phone: (702) 819-7770 |
| Fax: (702) 784-5252 | Fax: (702) 819-7771 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2018
_____