AARON D. FORD (Bar No. 7704)
  *Attorney General*
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1100
jriherd@ag.nv.gov

*Attorney for Plaintiff*
  *MetroPCS*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METROPCS, a brand of T-MOBILE USA, INC., A Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>A2Z Connection, LLC et. al,<br><br>Defendants. | Case No. 2:15-cv-01412-JAD-CWH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Notice is hereby given that, subject to approval by the court, Attorney General AARON D. FORD hereby withdraws as attorney of record for Plaintiff MetroPCS in the above named case. Aaron D. Ford was sworn in as Nevada Attorney General on January 7, 2019 and is no longer associated with the law firm Eglet Prince.

The Plaintiff will continue to be represented by the remaining attorneys of record.

DATED this 6th day of February, 2019.

Respectfully submitted,

AARON D. FORD
*Attorney General*

By: /s/ Aaron D. Ford
AARON D. FORD (Bar No. 7704)

## ORDER

The withdrawal of attorney Aaron D. Ford is hereby approved.

IT IS SO ORDERED.

Date: February 8, 2019

_____
UNITED STATES MAGISTRATE JUDGE

-1-

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 6th day of February, 2019, I served a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL, by U.S. District Court CM/ECF electronic service, which will send notification of such filing to the email addresses that are registered for this case.

/s/ Janice M. Riherd
JANICE M. RIHERD
Employee of the Office of the Attorney General