1  Richard C. Gordon
   Nevada Bar No. 9036
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV  89169
   Telephone (702) 784-5200
4  Facsimile (702)784-5252

5  James B. Baldinger
   Admitted *Pro Hac Vice*
6  Florida Bar No. 869899
   CARLTON FIELDS, P.A.
7  525 Okeechobee Boulevard, Suite 1200
   West Palm Beach, Florida 33401
8  Telephone (561) 659-7070
   Facsimile (561) 659-7368
9  *Attorneys for Plaintiff MetroPCS*
   [Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| METROPCS, a brand of T-MOBILE USA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>A2Z CONNECTION, LLC, a Nevada limited liability corporation; A2Z LLC, a Nevada limited liability corporation; AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI, a/k/a AZIM QURESHI a/k/a AZIM DeDREAM, and SEHER QURESHI,<br><br>Defendants. | CASE NO. 2:15-cv-01412-JAD-CWH<br><br>**[PROPOSED] AGREED ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO WRITTEN DISCOVERY REQUESTS AND FOR SANCTIONS [ECF No. 109]** |

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel Defendant's Responses to Written Discovery Requests and for Sanctions [ECF No. 109] (the "Motion") and the Stipulation by Plaintiff and Defendant Amier Qureshi. The Court having reviewed the file, and being otherwise duly advised of the premises, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

117661481.1

1. Plaintiff's Motion is GRANTED.

2. On or before April 5, 2019, Defendant Amier Qureshi shall serve his written responses to Plaintiff's First Set of Requests for Production of Documents and Things to Defendant Amier Qureshi and Interrogatories to Defendant Amier Qureshi.

3. Plaintiff's request for sanctions is DENIED, without prejudice.

IT IS SO ORDERED.

Dated April 3, 2019

_____
**HON. CARL W. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
Counsel of record and pro se parties

117661481.1