UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| METROPCS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>A2Z CONNECTION, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-01412-JAD-CWH<br><br>**ORDER** |

Presently before the court is Adam J. Breeden's motion to withdraw as attorney for defendant Amier Qureshi (ECF No. 115), filed on April 9, 2019. No responses to the motion were filed.

Breeden moves to withdraw for business reasons as well as other reasons that he represents he cannot disclose without breaching the attorney-client privilege. Breeden argues the withdrawal will not delay the proceedings as there are no upcoming hearings, discovery does not close until June 20, 2019, and there is not a trial setting. Breeden also represents that he attempted to propound and answer written discovery before withdrawing to avoid any delays. The motion includes a certificate of service stating that a copy of the motion was served on Qureshi by United States mail on April 9, 2019. Qureshi did not oppose the motion, which constitutes a consent to the granting of the motion under Local Rule 7-6(d).

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw. Qureshi must file a notice advising the court whether he will represent himself or retain an attorney by May 24, 2019. Qureshi is advised that unless and until he retains a new attorney, he is responsible for all deadlines in this case.

IT IS THEREFORE ORDERED that Adam J. Breeden's motion to withdraw as attorney for defendant Amier Qureshi (ECF No. 115) is GRANTED.

IT IS FURTHER ORDERED that Breeden must serve a copy of this order as well as the scheduling order (ECF No. 90) on Qureshi and must file proof of that service by May 1, 2019.

IT IS FURTHER ORDERED that by May 24, 2019, Qureshi must file a written notice stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Qureshi by May 24, 2019.

IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with Qureshi's last known address as follows:

> Amier Qureshi
> 2236 Kemble Avenue
> North Chicago, Illinois 60064

DATED: April 24, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE