1    JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2    CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
3    AMY J. SMITH, ESQ.
Nevada Bar No. 14954
4    **THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
5    Las Vegas, Nevada 89102
Telephone: (702) 405-0001
6    Facsimile:  (702) 405-8454
Email: john@wrightlawgroupnv.com
7            chris@wrightlawgroupnv.com
             amys@wrightlawgroupnv.com
8    *Attorneys for Defendants*
*AMIR QURESHI a/k/a AMIER QURESHI, a/k/a*
9    *AMIER I. QURESHI, a/k/a AMIER F.*
*QURESHI, SR.; ASIM QURESHI a/k/a*
10   *ALEX QURESHI, a/k/a AZIM QURESHI*
*a/k/a AZIM DeDREAM, and SEHER*
11   *QURESHI*

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF  NEVADA**

14   METROPCS, a brand of T-MOBILE USA,
     INC., a Delaware Corporation,              Case No. 2:15-cv-01412-JAD-DJA
15
16                    Plaintiff,                 **STIPULATION AND PROPOSED**
                                                 **ORDER TO MODIFY BRIEFING**
17   vs.                                         **SCHEDULE ON PENDING MOTIONS**
                                                 **[ECF 166] [ECF 167] AND [ECF 168]**
18   A2Z CONNECTION, LLC, a Nevada              **AND CONTINUE HEARING SET BY**
     limited liability corporation; A2Z LLC, a  **MAGISTRATE**
19   Nevada limited liability corporation; AMIR
     QURESHI a/k/a AMIER QURESHI, a/k/a
20   AMIER I. QURESHI, a/k/a AMIER F.
     QURESHI, SR.; ASIM QURESHI a/k/a
21   ALEX QURESHI, a/k/a AZIM QURESHI
     a/k/a AZIM DeDREAM, and SEHER
22   QURESHI,

23                    Defendants.

24
             Plaintiff, METROPCS a brand of T-MOBILE USA, INC., a Delaware Corporation
25
     ("METROPCS"), and Defendants, AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I.
26
     QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI; a/k/a
27
     AZIM QURESHI, a/k/a AZIM DeDREAM; and SEHER QURESHI ("Defendants") (hereinafter
28

**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

collectively referred to as the "Parties"), by and through their undersigned counsel, and pursuant to Local Rule IA 6-1 and 6-2, hereby jointly stipulate to an extension up to and including November 15, 2019 for Plaintiff to file their Opposition to Defendants' Motion to Dismiss, in Part, Plaintiff's Complaint [ECF No. 166]; an extension up to and including December 6, 2019 for Defendants to file their Opposition to Plaintiff's Motion to Compel Defendants to Produce Electronic Discovery and for Sanctions and Memorandum of Law [ECF No. 167]; and an extension up to and including December 11, 2019 for Defendants to file their Opposition to Plaintiff's Motion for Leave to File Documents Under Seal [ECF No. 168] and states as follows:

1.      This extension is requested because the Parties are actively involved in settlement discussion.

2.      On October 18, 2019, Defendants filed their Motion to Dismiss, in Part, Plaintiff's Complaint [ECF 166].   Plaintiff's Opposition to Defendants' Motion to Dismiss is currently due November 15, 2019.

3.      On October 23, 2019, Plaintiff filed its Motion to Compel Defendants to Produce Electronic Discovery and for Sanctions and Incorporated Memorandum of Law [ECF 167]. Defendants' response is currently due by November 20, 2019.

4.      On October 23, 2019, Plaintiff filed its Motion for Leave to File Documents Under Seal [ECF 168].  Defendants' response is currently due by November 20, 2019.

5.      The Parties have conferred and agree to allow the Plaintiff up to and including December 6, 2019 to file their Opposition to Defendants' Motion to Dismiss, in Part, Plaintiff's Complaint [ECF 166]. The Parties further agree to allow Defendants up to and including December 11, 2019 to file both their Opposition to Plaintiff's Motion to Compel Defendants to Produce Electronic Discovery and for Sanctions and Incorporated Memorandum of Law and their Opposition to Plaintiff's Motion for Leave to File Documents Under Seal.

6.      The Parties have conferred and respectfully request this Court continue the hearing on motions [ECF 145], [ECF 153], [ECF 157], [ECF 167], and [ECF 168] until the week of January 6-10, 2020, or anytime thereafter at the Court's convenience.

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

7.      This is the second stipulation for an extension of time to file said documents; and this is the first request for an extension of time to hearing the motions pending before this Court.

8.      This extension is sought in good faith, and is not intended for purposes of delay nor prejudice towards any party.

**WHEREFORE**, the Parties respectfully request that the Court enter this order extending: Plaintiff's deadline to file their Opposition to Defendants' Motion to Dismiss, in Part, Plaintiff's Complaint [ECF 166] from November 15, 2019 to **December 6,  2019**; Defendants' deadline to file their Opposition to Plaintiff's Motion to Compel Defendants to Produce Electronic Discovery and for Sanctions and Incorporated Memorandum of Law [ECF 167] from November 20, 2019 to **December 11, 2019**; Defendant's Opposition to Plaintiff's Motion for Leave to File Documents Under Seal [ECF 168] from November 20, 2019 to **December 11, 2019;** Hearing on motions [ECF 145], [ECF 153], [ECF 157], [ECF 167], and [ECF 168] from November 25, 2019 to **January 13 2020 at** 1:00 p.m.      **in LV Courtroom 3A**  and provide such other relief as is just and proper.

///

///

///

///

///

///

///

///

///

///

///

///

///

Respectfully submitted this 12th day of November, 2019.

**SNELL & WILMER, LLP**

*/s/ Richard C. Gordon*
_____
**RICHARD C. GORDON, ESQ.**
Nevada Bar No. 9036
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Plaintiffs*

**THE WRIGHT LAW GROUP, P.C.**

*/s/ Amy J. Smith*
_____
**AMY J. SMITH, ESQ.**
Nevada Bar No. 14954
2340 Paseo Deal Prado, Suite D-305
Las Vegas, Nevada 89102
Phone: (702) 405-0001
Facsimile: (702) 405-8454
*Attorneys for Defendants*
*AMIR QURESHI a/k/a AMIER QURESHI,*
*a/k/a AMIER I. QURESHI, a/k/a AMIER F.*
*QURESHI, SR.; ASIM QURESHI a/k/a*
*ALEX QURESHI, a/k/a AZIM QURESHI*
*a/k/a AZIM DeDREAM, and SEHER*
*QURESHI*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 14, 2019
_____