JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
AMY J. SMITH, ESQ.
Nevada Bar No. 14954
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com
  chris@wrightlawgroupnv.com
  amys@wrightlawgroupnv.com
*Attorneys for Defendants*
AMIR QURESHI a/k/a AMIER QURESHI, a/k/a
AMIER I. QURESHI, a/k/a AMIER F.
QURESHI, SR.; ASIM QURESHI a/k/a
ALEX QURESHI, a/k/a AZIM QURESHI
a/k/a AZIM DeDREAM, and SEHER
QURESHI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| METROPCS, a brand of T-MOBILE USA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>A2Z CONNECTION, LLC, a Nevada limited liability corporation; A2Z LLC, a Nevada limited liability corporation; AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI, a/k/a AZIM QURESHI a/k/a AZIM DeDREAM, and SEHER QURESHI,<br><br>Defendants. | Case No. 2:15-cv-01412-JAD-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE ON PENDING MOTIONS [ECF 166] [ECF 167] AND [ECF 168].** |

Plaintiff, METROPCS a brand of T-MOBILE USA, INC., a Delaware Corporation ("METROPCS"), and Defendants, AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI; a/k/a AZIM QURESHI, a/k/a AZIM DeDREAM; and SEHER QURESHI ("Defendants") (hereinafter

collectively referred to as the "Parties"), by and through their undersigned counsel, and pursuant to Local Rule IA 6-1 and 6-2, hereby jointly stipulate to an extension up to and including December 20, 2019 for Plaintiff to file their Opposition to Defendants' Motion to Dismiss, in Part, Plaintiff's Complaint [ECF No. 166]; an extension up to and including December 27, 2019 for Defendants to file their Opposition to Plaintiff's Motion to Compel Defendants to Produce Electronic Discovery and for Sanctions and Memorandum of Law [ECF No. 167]; and an extension up to and including December 27, 2019 for Defendants to file their Opposition to Plaintiff's Motion for Leave to File Documents Under Seal [ECF No. 168] and states as follows:

1. This extension is requested because the Parties have been, and currently are, actively involved in settlement discussion.

2. On October 18, 2019, Defendants filed their Motion to Dismiss, in Part, Plaintiff's Complaint [ECF 166]. Plaintiff's Opposition to Defendants' Motion to Dismiss is currently due December 6, 2019.

3. On October 23, 2019, Plaintiff filed its Motion to Compel Defendants to Produce Electronic Discovery and for Sanctions and Incorporated Memorandum of Law [ECF 167]. Defendants' response is currently due by December 11, 2019.

4. On October 23, 2019, Plaintiff filed its Motion for Leave to File Documents Under Seal [ECF 168]. Defendants' response is currently due by December 11, 2019.

5. The Parties have conferred and agree to allow the Plaintiff up to and including December 20, 2019 to file their Opposition to Defendants' Motion to Dismiss, in Part, Plaintiff's Complaint [ECF 166]. The Parties further agree to allow Defendants up to and including December 27, 2019 to file both their Opposition to Plaintiff's Motion to Compel Defendants to Produce Electronic Discovery and for Sanctions and Incorporated Memorandum of Law and their Opposition to Plaintiff's Motion for Leave to File Documents Under Seal.

6. The hearing on motions [ECF 145], [ECF 153], [ECF 157], [ECF 167], and [ECF 168] is set for January 13, 2020 at 1:00 p.m. Extending the time to respond to the documents described above should not effect this hearing date.

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

7. This is the third stipulation for an extension of time to file said documents.

8. This extension is sought in good faith, and is not intended for purposes of delay nor prejudice towards any party.

**WHEREFORE**, the Parties respectfully request that the Court enter this order extending: Plaintiff's deadline to file their Opposition to Defendants' Motion to Dismiss, in Part, Plaintiff's Complaint [ECF 166] from December 6, 2019 to **December 20, 2019**; Defendants' deadline to file their Opposition to Plaintiff's Motion to Compel Defendants to Produce Electronic Discovery and for Sanctions and Incorporated Memorandum of Law [ECF 167] from December 11, 2019 to **December 27, 2019**; Defendant's Opposition to Plaintiff's Motion for Leave to File Documents Under Seal [ECF 168] from December 11, 2019 to **December 27, 2019**; and provide such other relief as is just and proper.

Respectfully submitted this 5th day of December, 2019.

| SNELL & WILMER, LLP | THE WRIGHT LAW GROUP, P.C. |
|---|---|
| */s/ Richard C. Gordon, Esq.* | */s/ Amy J. Smith, Esq.* |
| **RICHARD C. GORDON, ESQ.**<br>Nevada Bar No. 9036<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Phone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Plaintiffs* | **AMY J. SMITH, ESQ.**<br>Nevada Bar No. 14954<br>2340 Paseo Deal Prado, Suite D-305<br>Las Vegas, Nevada 89102<br>Phone: (702) 405-0001<br>Facsimile: (702) 405-8454<br>*Attorneys for Defendants*<br>*AMIR QURESHI a/k/a AMIER QURESHI, a/k/a AMIER I. QURESHI, a/k/a AMIER F. QURESHI, SR.; ASIM QURESHI a/k/a ALEX QURESHI, a/k/a AZIM QURESHI a/k/a AZIM DeDREAM, and SEHER QURESHI* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 6, 2019